UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOTT DURNIN                                               CIVIL ACTION

VS.                                                                 NO. 18-CV-3353-JTM-JCW

PRUDENTIAL INSURANCE COMPANY OF AMERICA

## ORDER

Considering the Parties' joint stipulation of dismissal with prejudice, the Stipulation is granted, and all claims asserted between the parties in this matter are hereby dismissed with prejudice, each party to bear their own costs and fees.

New Orleans, Louisiana, January 15, 2019.

_____
UNITED STATES DISTRICT JUDGE